Board of Education of Williamsville Community Unit School District No. 15 of Logan, Sangamon, and Menard Counties, Illinois, and Williamsville Community Unit School District No. 15 of Logan, Sangamon, and Menard Counties, Illinois, Petitioners-Appellants, v. Evans E. Brittin et al., Defendants-Appellees.

Gen. No. 10,074.

Third District.
October 16, 1956.
Rehearing denied November 5, 1956.
Released for publication November 6, 1956.

G. W. Horsley, and L. H. Lenz, for petitioners-appellants; Edwin C. Mills, and Harris & Harris, for defendants-appellees. Opinion by JUDGE REYNOLDS. Not to be published in full.